**Herbert and Marsha STOLLER, Appellants,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

**Nos. 91–1647, 92–1087 to 92–1091.**

United States Court of Appeals, District of Columbia Circuit.

Oct. 6, 1993.

Before: EDWARDS, BUCKLEY and D.H. GINSBURG, Circuit Judges.

### ORDER

PER CURIAM.

It is ORDERED, by the Court, sua sponte, that the opinion filed on June 11, 1993, 994 F.2d 855, is hereby amended as follows:

At page 855, the consolidated cases should read:

"Nos. 91–1647, 92–1087, 92–1088, 92–1089, 92–1090, 92–1091".